IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY D. WOOD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:11-cv-670-CSC |
| ) | (WO) |
| JASON GABRIEL CODY SCHULTZ, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Now pending before the court is the defendant's motion to dismiss for lack of jurisdiction (doc. # 31). The plaintiff has filed a response to the motion. (Doc. # 35). After careful consideration of the defendant's motion, the plaintiff's response and the evidentiary material filed in support of and in opposition to the motion to dismiss, the court concludes that an evidentiary hearing is necessary to resolve the factual disputes regarding plaintiff Wood's domicile for jurisdictional purposes. Accordingly, it is

ORDERED that this matter be and is hereby SET for a status and scheduling conference on November 6, 2012, at 1:30 p.m. by telephone conference call. The defendant shall set up the telephone conference call.

Done this 25th day of October, 2012.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE